ACCEPTED
03-14-00407-CR
5574969
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 8:07:49 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00407-CR

| | | |
|---|---|---|
| **JERRYL ROBINSON** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 8:07:49 AM
JEFFREY D. KYLE
Clerk

## STATE'S FOURTH MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 10 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of the offense of Theft > $1,500 < $20,000. The offense was enhanced from a state jail felony to a second-degree felony, and Appellant was sentenced to 15 years confinement on June 11, 2014. Appellant's brief was originally due November 3, 2014. After two motions for extension were granted by the Court, Appellant filed his brief on February 9, 2015.

### II.

I am handling the appeal for the State in this case. Since filing the last 16-day motion for extension, I had a contested expunction hearing on the 21st. I attended an appellate law conference in Austin over three days at the end May, and I sat second chair for oral argument in 03-14-00669-CR

1

on June 3, 2015. I also helped review and file another attorney's brief in 03-14-00192-CR. Last week I had an unexpected acquittal expunction brought to my attention on Wednesday with a hearing scheduled the following morning; although the contested hearing was reset for this Thursday, I had to prepare and file an answer. I have also had several other expunctions and nondisclosures to review. Although I have performed some additional work on the brief in the instant cause over the weekend, I have not yet been able to complete it. I will work through the coming weekend if necessary to complete the brief by Monday the 15th. In light of the foregoing, I respectfully request an extension of 10 days to file the State's brief. This is the fourth extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 10 days, until June 15, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Fourth Motion to Extend Time to File Brief* has been delivered to Appellant JERRYL ROBINSON's attorney in this matter:

Marilee H. Brown
Marilee@hazelbrownlaw.com
Hazel Brown Wright Reneau, PLLC
391 Landa Street
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 8th day of June, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3